ACCEPTED
03-16-00133-CR
13147483
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/10/2016 11:50:49 AM
JEFFREY D. KYLE
CLERK

## No. 03-16-00133-CR

In the
**COURT OF APPEALS**
For the
**THIRD SUPREME JUDICIAL DISTRICT**
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/10/2016 11:50:49 AM
JEFFREY D. KYLE
Clerk

———————————————————————

On Appeal from the 264th Judicial District Court of
Williamson County, Texas
Cause Number 74451

———————————————————————

**KEEVIN DASHAWN BYRD, Appellant**
*v.*
**THE STATE OF TEXAS, Appellee**

———————————————————————

**APPELLANT'S MOTION FOR EXTENSION OF TIME**

———————————————————————

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, Keevin Dashawn Byrd, Appellant herein, by and through his attorney of record, Kristen Jernigan, and files this, his Motion for Extension of Time. In support of said motion, Appellant would show the Court the following:

1.      Appellant's brief was due in this case on September 16, 2016.

2.      Appellant seeks an extension of thirty days in which to file his brief, making his brief due on or before October 16, 2016.

3.      The undersigned has sought one previous extension in this case and mis-calandered the new due date.

4.     In the past thirty days, the undersigned has filed writs of habeas corpus in Cause Number 13-0615-K368, *Ex parte Mashaun Hirschler*, in the 368th District Court of Williamson County and Cause Number 1746-93, *Ex parte Rogelio Rios Martinez, aka Rogelio Martinez Serrata* in the County Court at Law of Nacogdoches County.   Finally, the undersigned has made numerous court appearances and undertaken the tasks associated with the management of a solo attorney practice.

5.     For the reasons set forth above, Appellant respectfully requests that he be granted an extension of thirty days so that his brief in this case will now be due on October 16, 2016.

## **PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests that this Court grant his Motion for Extension of Time.

Respectfully submitted,


___/s/__Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 931-3650 (fax)
Kristen@txcrimapp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Motion for Extension of Time has been mailed to the Bell County District Attorney's Office, P.O. Box 540, Belton, Texas 76513, on October 10, 2016.

/s/ Kristen Jernigan

_____

Kristen Jernigan